**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Christopher Shaw, individually and on behalf of all
others similarly situated,

      Plaintiff,

     -against-

RGS Financial, Inc.,

      Defendant.

Docket No: 2:17-cv-02588-SJF-ARL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel(s) that the above-captioned action is voluntarily dismissed with

prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear

its respective attorney's fees and costs.

Dated: August 17, 2018

**LIPPES MATHIAS WEXLER**
**FRIEDMAN, LLP**

By: /s *Brendan Little*
Brendan Little, Esq.
50 Fountain Plaza, Suite 1700
 Buffalo, New York 14202
Tel: (716) 853-5100
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s *Jonathan M. Cader*
Jonathan M. Cader, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *jcader@sanderslawpllc.com*
Our File No: 111512
*Attorneys for Plaintiff*