**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 20 2018   ★

LONG ISLAND OFFICE

Christopher Shaw, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

RGS Financial, Inc.,

        Defendant.

Docket No: 2:17-cv-02588-SJF-ARL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 17, 2018

| | |
|---|---|
| **LIPPES MATHIAS WEXLER FRIEDMAN, LLP** | **BARSHAY SANDERS, PLLC** |
| By: __/s Brendan Little___ | By: ___/s Jonathan M. Cader___ |
| Brendan Little, Esq. | Jonathan M. Cader, Esq. |
| 50 Fountain Plaza, Suite 1700 | 100 Garden City Plaza, Suite 500 |
| Buffalo, New York 14202 | Garden City, New York 11530 |
| Tel: (716) 853-5100 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *jcader@sanderslawpllc.com* |
| | Our File No: 111512 |
| | *Attorneys for Plaintiff* |

The Clerk of Court is directed to close this case.
So ORDERED this 20th day of August 2018 at Central Islip, New York.

        s/ Sandra J. Feuerstein
        Sandra J. Feuerstein, U.S.D.J.